UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Ajia Sterling<br>　　　　Plaintiff,<br>v.<br>LVNV Funding, LLC D/B/A<br>Resurgent Capital Services L.P<br>　　　　Defendant. | Case No: 25-cv-05055-MLB-JEM |

## CERTIFICATE OF INTERESTED PARTIES

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

i. Ajia Sterling

ii. LVNV Funding, LLC D/B/A Resurgent Capital Services L.P

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

N/A

3. ) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Esther Oise – Attorney for Plaintiff

Dated: September 11, 2025

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff
